Kevin James Kohute
Plaintiff

vs

US Department of the interior
Defendant

Case docket number

In the Federal eastern district Court of law
in Smith County, Texas

FILED
DEC 11 2024
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

6:24CV463

[ Original Petitioners Complaint ]

I Kevin James Kohute want to file a 42 USC 1983 civil action lawsuit against the defendant US Department of the interior and there address is office of International Affairs 1849 C street, NW room 2415, Washington, DC. 20240. Plaintiff wants a chapter 28 ust 636 civil action lawsuit case docket number please

X _____
Plaintiff's signature

X Date 12/08/24

Statement of Claim: I want to proceed with informa pauperis application form Kevin James Kohute vs US Department of the interior Please file a new civil action case docket number for this case, file a 42 usc 1983 Penal code and 28 usc 636 Penal code I want my Jail Mugshots erased from the Google Public domain search engine please and this office is refusing a internal affairs Job complaint form for unfair occupational Safety and inspections and Job History consent forms

relief and remedy: I have emotional stress and grief from my Smith County Jail criminal history file Please file a new federal eastern district court case docket number for Kevin James Kohute vs US Department of the interior

X Kevin White
Plaintiffs signature
X Date 12/08/2024

...in James Kohute
... E Valentine street
...ler, Texas, 75702

US Federal Eastern district Court Clerk
211 West Ferguson street room 106
Tyler, Tx, 75702